UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(B) |
| v. | 21 U.S.C. § 853 |
| ENRIQUE BERNEUL ARENCIBIA, a/k/a "Rico" | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
**(Possession with Intent to Distribute a Controlled Substance)**

On or about October 29, 2018, in the State and District of Minnesota, the defendant,

**ENRIQUE BERNEUL ARENCIBIA,**
a/k/a "Rico,"

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

If convicted of Count 1 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of

SCANNED
DEC 0 4 2018
U.S. DISTRICT COURT ST. PAUL

such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of that offense. The property to be forfeited includes, but is not limited to, approximately $86,186 in cash seized from defendant's person and residence on or about October 29, 2018; approximately $48,999 in cash seized from defendant's safety deposit box at Sunrise Bank on or about October 30, 2018; and all Metabank pre-paid cards seized from defendant's residence and vehicle on or about October 29, 2018, and all funds associated therewith, in the approximate amount of $1,223.77.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

In violation of Title 21, United States Code, Section 853.

A TRUE BILL

| _____ | _____ |
| UNITED STATES ATTORNEY | FOREPERSON |